Same case below, 391 Fed. Appx. 638.

Same case below, 400 Fed. Appx. 666.

**No. 10-8426. Marvin Traylor, Petitioner v. United States.**

562 U.S. 1245, 131 S. Ct. 1539, 179 L. Ed. 2d 352, 2011 U.S. LEXIS 1143.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 396 Fed. Appx. 725.

**No. 10-8431. Douglas P. Dvorak, Petitioner v. United States.**

562 U.S. 1245, 131 S. Ct. 1539, 179 L. Ed. 2d 352, 2011 U.S. LEXIS 1142.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 617 F.3d 1017.

**No. 10-8433. Leeroy Cesar Carballo, Petitioner v. Texas.**

562 U.S. 1245, 131 S. Ct. 1539, 179 L. Ed. 2d 352, 2011 U.S. LEXIS 1272.

February 22, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, First District, denied.

Same case below, 303 S.W.3d 742.

**No. 10-8438. Charles A. Webster, Jr., Petitioner v. United States.**

562 U.S. 1245, 131 S. Ct. 1540, 179 L. Ed. 2d 352, 2011 U.S. LEXIS 1253.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-8441. Jose Miguel Mendez-Casarez, Petitioner v. United States.**

562 U.S. 1245, 131 S. Ct. 1540, 179 L. Ed. 2d 352, 2011 U.S. LEXIS 1220.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 624 F.3d 233.

**No. 10-8442. Arnold Cecil Purifoy, Petitioner v. United States.**

562 U.S. 1245, 131 S. Ct. 1540, 179 L. Ed. 2d 352, 2011 U.S. LEXIS 1294.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 396 Fed. Appx. 202.

**No. 10-8445. Oscar Rigoberto Portillo-Mesquita, Petitioner v. United States.**

562 U.S. 1245, 131 S. Ct. 1540, 179 L. Ed. 2d 352, 2011 U.S. LEXIS 1246.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 397 Fed. Appx. 975.

**No. 10-8447. Troy Leake, Petitioner v. United States.**

562 U.S. 1245, 131 S. Ct. 1541, 179 L. Ed. 2d 352, 2011 U.S. LEXIS 1230.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 396 Fed. Appx. 898.